JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY VILLELA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 22-3900-MWF(AGRx)<br><br>**JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff TIFFANY VILLELA ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on January 9, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $164,713.21, pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Dated: January 23, 2024

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　United States District Judge

-1-